UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20916-CR-GRAHAM/TORRES

UNITED STATES OF AMERICA

v.

HELIO CASTRONEVES,
    a/k/a "Helio Castro-Neves,"
    a/k/a "Helio Alves de Castro Neves,"
KATIUCIA CASTRONEVES,
    a/k/a "Katiucia Castro-Neves,"
    a/k/a "Katiucia Alves de Castro Neves,"
    and
ALAN R. MILLER,

       Defendants.
_____/

## NOTICE OF APPEARANCE

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that Assistant United States Attorney Jared E. Dwyer is entering his appearance on behalf of the United States of America in the above-captioned case.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

    By: s/ Jared E. Dwyer
        Jared E. Dwyer
        Assistant United States Attorney
        Court ID No. A5501240
        99 N.E. 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9118
        Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Jared E. Dwyer
Jared E. Dwyer
