UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.08-20916-CR-GRAHAM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

HELIO CASTRONEVES, KATIUCIA
CASTRONEVES and ALAN MILLER,

       Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Defendants Helio and Katiucia Castroneves' Motion to Dismiss Counts Two, Three and Four of the Indictment [D.E. 99] (the "Motion to Dismiss").

**THE MATTER** was referred to the Honorable United States Magistrate Judge Edwin G. Torres [D.E. 106]. Defendant Miller joined in and adopted the Motion to Dismiss [D.E. 115]. The Castroneves Defendants withdrew their motion to dismiss [D.E. 216], but the matter remained pending for determination as to Defendant Miller. The Magistrate Judge issued a Report recommending that Defendant Miller's motion be denied [D.E. 241]. The Government and Defendant Miller each filed objections [D.E. 243, 246].

THE COURT has conducted an independent review of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 241] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant Miller's Motion to Dismiss [D.E. 115] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Edwin G. Torres
Counsel of Record

2